

Thursday, May 1, 2014

No. 14–6006/MC.  U.S. v. Giovanni Maza.  CCA 201300297.  On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862, and Appellant's motion for a stay of proceedings, it is ordered that said motion is hereby denied, and said petition is hereby denied.

Friday, May 2, 2014

Misc. No. 14–8017/AF.  Charles A. Wilson, Appellant v. United States, and Colonel Christopher Hill, in his official capacity as Commander, 78th Air Base Wing, United States Air Force, Appellees.  CCA 2014–01.  Notice is hereby given that a writ-appeal petition for review of the decision of the United States Air Force Court of Criminal Appeals on application for extraordinary relief and a motion for a stay of proceedings were filed under Rules 27(b) and 30 on this date.